

March 10, 2026

Alexandra Minogue, Esq.<br>
Nova Law Group<br>
21 Fulton St.<br>
Newark, NJ 07102<br>
T: 844-444-6682

**<u>VIA PACER</u>**
The Honorable Julien Xavier Neals, U.S.D.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street, Courtroom 5D
Newark, NJ 07101

     RE: *Lauriedson Goncalves Rufo v. John Thompson, et al.*
        Docket No.: 2:25-cv-19022-JXN

Dear Honorable Julien Xavier Neals, U.S.D.J.,

  As this Honorable Court is aware, the undersigned represents Plaintiff Lauriedson Goncalves Rufo ("Mr. Rufo") in the above-captioned matter.

  Counsel for Defendants has provided the undersigned with a copy of the USCIS approval notice for the Form I-130 Petition for Alien Relative filed on Mr. Rufo's behalf. In light of this development, the relief sought in the instant action has now been obtained, and Plaintiff therefore respectfully withdraws the pending complaint, without waiver of any rights or remedies available under applicable law.

  Plaintiff appreciates the Court's prompt attention to this matter and respectfully expresses gratitude for the Court's consideration.

                          Respectfully,

\* It is also ORDERED that the Clerk of Court shall close this case.

                        */s/ Alexandra Minogue*
                        _____
So ORDERED on 3/11/2026:         Alexandra Minogue, Esq.
                         NJ Bar ID: 479582024
                        Nova Law Group
                        21 Fulton Street
  */s/ Julien Xavier Neals*           Newark, NJ 07102
_____       E: aminogue@nova.law
JULIEN XAVIER NEALS
United States District Judge

P: 844-844-6682
*Counsel for Plaintiff*

CC: Sophie Kaiser, Esq.
*Counsel for Defendants*